IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA JULIA BAUER, : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | NO. 19-2563 |
| : | |
| ANDREW M. SAUL, COMMISSIONER : | |
| OF THE SOCIAL SECURITY : | |
| ADMINISTRATION, : | |
| Defendant. : | |

**ORDER**

**AND NOW**, this 23rd day of April, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (Dkt. No.12), Defendant's Response to Request for Review of Plaintiff (Dkt. No. 17), Plaintiff's Reply (Dkt. No. 18), and for the reasons expressed in the accompanying Memorandum Opinion, **IT IS ORDERED** that:

1. The relief sought by Plaintiff is **GRANTED** in part as described below;

2. The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Memorandum Opinion filed this date, will be assigned to a different Constitutionally appointed ALJ for a new hearing and Decision; and

3. In all other respects, Plaintiff's request for relief is **DENIED**.

BY THE COURT:

__/s/ Henry S. Perkin_____
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE