IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| CHRISTINA JULIA BAUER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 19-2563 |
| | : | |
| ANDREW M. SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : : : | |
| Defendant. | : : | |

## ORDER

**AND NOW**, this  23rd  day of April, 2020, it appearing by separate Order of the undersigned that this case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Memorandum Opinion filed on this date,

**IT IS ORDERED** that **JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF REVERSING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** for the purposes of this remand only.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE** this matter.

BY THE COURT:

  /s/ Henry S. Perkin                              
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE